IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES TURNER, | : | |
| | : | |
| Petitioner, | : | |
| | : | 5:97CR74 (DF) |
| vs. | : | |
| | : | 5:04CV307 (DF) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on September 8, 2005 (doc. 363). The Court has reviewed and carefully considered Petitioner Turner's objections to the Magistrate Judge's Recommendation (doc. 367), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Judgment under 28 U.S.C.A. § 2255 (doc. 360) is hereby denied.

SO ORDERED, this 14th day of February, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew